LORENZO J. BOVEE et al., Appellants, v. CHARLES A. HURD et al., Respondents.

(Argued May 3, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 19, 1889, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*L. N. Bangs* for appellants.

*Norris Morey* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.

---

JOHN MOORE et al., Respondents, *v.* LEWIS C. KING et al., Appellants.

(Argued May 3, 1892; decided May 31, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made July 1, 1890, which affirmed a judgment in favor of plaintiffs, entered upon the report of a referee.

*L. A. Gould* for appellants.

*Thomas Hogan* for respondents.

Agree to affirm on opinion of General Term.
All concur.
Judgment affirmed.